**JUDGE HELLERSTEIN**

08 CV 5708

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
-------------------------------------------------------------------X

HELEN KATZ, individually and as Administratrix of the
estate of HAL KATZ, deceased,

Plaintiff,

-   against –

AMERICAN EXPRESS BANK , LTD
AMERICAN EXPRESS COMPANY
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
BFP TOWER C CO. LLC.
BFP TOWER C MM LLC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT
LEHMAN BROTHERS HOLDINGS INC.
LEHMAN BROTHERS, INC.
LEHMAN COMMERCIAL PAPER, INC.
MCCLIER CORPORATION
TRAMMELL CROW COMPANY
TRAMMELL CROW CORPORATE SERVICES, INC.
WFP RETAIL CO. G.P. CORP.
WFP RETAIL CO. L.P.
                                                        Defendants.
-------------------------------------------------------------------X

21MC102
(AKH)

DOCKET NO

SUMMONS
IN A CIVIL
CASE

ECF CASE

TO:

AMERICAN EXPRESS COMPANY
KENNETH I CHENAULT
200 VESEY ST.
NEW YORK, NEW YORK, 10285-5005

AMERICAN EXPRESS BANK, LTD
C/O AMERICAN EXPRESS COMPANY
200 VESEY STREET
NEW YORK, NY 10285

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
200 VESEY ST
NEW YORK, NEW YORK, 10285-3002

BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC.
d/b/a BMS CAT
303 ARTHUR STREET
FT. WORTH, TX 76107

BFP TOWER C CO. LLC
C/O UNITED CORPORATE SERVICES, INC.
10 BANK ST / SUITE 560
WHITE PLAINS, NEW YORK, 10606

BFP TOWER C MM LLC
UNITED CORPORATE SERVICES
10 BANK ST
WHITE PLAINS, NEW YORK, 10606

LEHMAN BROTHERS INC.
745 7TH AVE
NEW YORK, NEW YORK, 10019

LEHMAN BROTHERS HOLDINGS INC.
745 7TH AVE
NEW YORK, NEW YORK, 10019

LEHMAN COMMERCIAL PAPER INC.
745 7TH AVE
NEW YORK, NEW YORK, 10019

MCCLIER CORPORATION
ATTN: MICHAEL R. KOLLOWAY
303 E WACKER DR / SUITE 900
CHICAGO, ILLINOIS, 60601

TRAMMELL CROW COMPANY
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

TRAMMELL CROW CORPORATE SERVICES, INC.
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

WFP RETAIL CO. L.P.
UNITED CORPORATE SERVICES, INC.
10 BANK STREET
WHITE PLAINS, NEW YORK, 10606

WFP RETAIL CO. G.P. CORP.
UNITED CORPORATE SERVICES, INC.
10 BANK STREET
WHITE PLAINS, NEW YORK, 10606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY (Name and address)
ROBERT A. GROCHOW, P.C.
THE LAW FIRM OF GREGORY J. CANNATA
233 BROADWAY, FLOOR 5
NEW YORK, NEW YORK 10279
Tel: 212-553-9206

An answer to the complaint which is herewith served upon you, within 20 days
after service of this summons upon you, exclusive of the day of service.  If you
fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint.  You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

---
CLERK

JUN 2 5 2008

---
DATE

---
(BY) DEPUTY CLERK

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN KATZ, individually and as Administratrix/Executor
of the estate of HAL KATZ, deceased,

Plaintiff,

- against -

AMERICAN EXPRESS BANK , LTD;
AMERICAN EXPRESS COMPANY;
AMERICAN EXPRESS TRAVEL RELATED SERVICES;
Et. Al.,

Defendants.

## SUMMONS IN A CIVIL CASE

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205

Service of copy of the within               is hereby admitted.
Dated:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Attorneys for

The Law Firm of Gregory J. Cannata
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York 10279-0003
(212) 553-9205

**JUDGE HELLERSTEIN**

**08 CV 5708**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

HELEN KATZ, individually and as Administratrix/Executor
of the estate of HAL KATZ, deceased,

Plaintiff,



- against -

AMERICAN EXPRESS BANK , LTD
AMERICAN EXPRESS COMPANY
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
BFP TOWER C CO. LLC.
BFP TOWER C MM LLC.
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT
LEHMAN BROTHERS HOLDINGS INC.
LEHMAN BROTHERS, INC.
LEHMAN COMMERCIAL PAPER, INC.
MCCLIER CORPORATION
TRAMMELL CROW COMPANY
TRAMMELL CROW CORPORATE SERVICES, INC.
WFP RETAIL CO. G.P. CORP.
WFP RETAIL CO. L.P.

Defendants.

21 MC 102 (AKH)

DOCKET NO.
_____

FIRST AMENDED
COMPLAINT BY
ADOPTION (CHECK-
OFF COMPLAINT)
RELATED TO THE
FIRST AMENDED
MASTER COMPLAINT
(March 28th, 2008)

PLAINTIFF(S) DEMAND
A TRIAL BY JURY

This Pro-forma First Amended Complaint by Adoption (Check-off Complaint), (March
28th, 2008) and the First Amended Master Complaint (March 28th, 2008) which it adopts is being
filed pursuant to CMO #5, March 28th, 2008), and as preceded by the Order Regulating
Proceedings, Judge Alvin K. Hellerstein, June 4, 2007, as relates to 21 MC 102 (AKH).
Guidelines and other directives relative to additional filings, amendments, corrections and other
matters as relate to the individual Complaint by Adoption (Check-Off Complaint) to be filed by

the individual plaintiffs, in accordance with said Order, will be addressed by the Court in a future

CMO. All references herein to the Master Complaint and/or the Complaint by Adoption (Check-

Off Complaint), shall be deemed to read First Amended Master Complaint and First Amended

Complaint by Adoption (Check-Off Complaint), except when reference is made to same in the

context of the original filing of the Master Complaint and the Complaint by Adoption (Check-

Off Complaint) in conjunction with CMO #4.

**I.**

**INTRODUCTION**

A Plaintiff-Specific Complaint by Adoption (Check-off Complaint), in the within format,

is to be filed by each Plaintiff, and to be utilized and read in conjunction with the Master

Complaint, or where applicable, any subsequently filed Amended Master Complaints, on file

with the Court. Where applicable to the instant Plaintiff(s), specific paragraphs are to be marked

with an "X," and specific case information is to be set forth, inserting said information in the

blank space, if provided.    If Plaintiff wishes to assert additional allegations, plaintiffs should

follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint

and Check-off Complaints.

Plaintiffs, as captioned above, by his/her/their attorneys, complaining of Defendant(s),

respectfully allege:

☒ 1. All headings, paragraphs, allegations and Causes of Action in the entire Master Complaint

are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein, in addition

to those paragraphs specific to the individual Plaintiff(s), as alleged within the individual Check-

off Complaint.

☒ 2. Plaintiffs adopt those allegations as set forth in the Master Complaint Section I,

Introduction.

## II.

### JURISDICTION

☒ 3.  Plaintiffs adopt those allegations as set forth in the Master Complaint Section II, Jurisdiction.

☒ 4. The Court's jurisdiction over the subject matter of this action is: Founded upon Federal Question Jurisdiction, specifically

      ☒ 4A.-1. Air Transport Safety & System Stabilization Act of 2001, (or)

      ☐ 4A.-2. Federal Officers Jurisdiction, (or)

      ☒4A.-3. This Court has supplemental jurisdiction pursuant to 28 USC §1367(a) based upon the New York Labor Law §200 and §241(6), and common law negligence.

      ☐ Other if an individual plaintiff is alleging a basis of jurisdiction not stated above, plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check- off Complaints.

☐ 5. The Court's jurisdiction of the subject matter of this action is: Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. § 1441.

## III.

### VENUE

☒ 6. Plaintiffs adopt those allegations as set forth in the Master Complaint Section III, Venue.

## IV.

### PARTIES

☒ 7. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IV, Parties.

☒ 8. THE INJURED PLAINTIFF'S NAME IS (referencing the individual specifically injured and/or if deceased, hereinafter referred to as "Decedent Plaintiff"): Hal Louis Katz and the last four digits of his /her social security number are 2852 or the last four digits of his/her federal identification number are _____ .

☒ 9. THE INJURED PLAINTIFF'S ADDRESS WAS: 510 Strong Avenue, Lindenhurst, New York 11757.

☒ 10.  THE REPRESENTATIVE PLAINTIFF'S NAME IS (if "Injured Plaintiff" is deceased): Helen Katz (hereinafter referred to as the "Representative Plaintiff")

☒ 11. THE REPRESENTATIVE PLAINTIFF'S ADDRESS IS (if "Injured Plaintiff" is deceased):  510 Strong Avenue, Lindenhurst, New York 11757.

☒ 12. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Administrator of the Goods, Chattels and Credits which were of the "Injured Plaintiff" on June 16th, 2008,

by the Surrogate Court, County of Suffolk, State of New York.

☒ 13. THE REPRESENTATIVE PLAINTIFF (if "Injured Plaintiff" is deceased) was appointed as Executor of the Estate of the "Injured Plaintiff" on June 16th, 2008, by the Surrogate Court, County of Suffolk, State of New York.

☒ 14. THE DERIVATIVE PLAINTIFF'S NAME:  (hereinafter referred to as the "Derivative Plaintiff" and if deceased, hereinafter referred to as "Decedent Derivative Plaintiff") Helen Katz.

☒ 15.  THE DERIVATIVE PLAINTIFF'S ADDRESS: 510 Strong Avenue, Lindenhurst, New York 11757.

☐ 16. THE REPRESENTATIVE DERIVATIVE PLAINTIFF'S NAME: (if "Derivative Plaintiff" is deceased) _____

4

☐ 17. THE REPRESENTATIVE PLAINTIFF'S DERIVATIVE ADDRESS (if "Derivative

Plaintiff" is deceased): _____

☐ 18. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Administrator

of the Goods, Chattels and Credits which were of the "Derivative Plaintiff" on

_____,

by the Surrogate Court, County of _____, State of New York.

☐ 19. THE REPRESENTATIVE DERIVATIVE PLAINTIFF was appointed as Executor of the

Estate of the "Derivative Plaintiff" on _____, by the

Surrogate Court, County of _____, State of New York.

☒ 20. Injured Plaintiff, as aforementioned, was an individual and a resident of the State of New

York residing at the aforementioned address.

☐ 21. Injured Plaintiff, as aforementioned, is an individual and a resident of (if other

than New York) _____, and resides at the aforementioned address.

☒ 22. Representative Plaintiff, as aforementioned, is a resident of the State of New York,

residing at the aforementioned address.

☐ 23. Representative Plaintiff, as aforementioned, is an individual and a resident of (if other

than New York)_____, and resides at the aforementioned address.

☒ 24. Representative Plaintiff, as aforementioned, brings this claim in his/her representative

capacity, as aforementioned on behalf of the Estate of the Decedent Plaintiff.

☒ 25. Derivative Plaintiff, as aforementioned, is a resident of the State of New York, residing

at the aforementioned address.

☐ 26. Derivative Plaintiff, as aforementioned, is an individual and a resident of (if other than

New York)_____, and resides at the aforementioned address.

☒ 27. Representative Derivative Plaintiff, as aforementioned, is a resident of the State of    New

York, residing at the aforementioned address.

☐ 28. Representative Derivative Plaintiff, as aforementioned, is an individual and a resident of

   (if other than New York)_____, and resides at the aforementioned

   address.

☐ 29. Representative Derivative Plaintiff, as aforementioned, brings this claim in his/her

   representative capacity, as aforementioned, on behalf of the Estate of the Derivative

   Plaintiff.

☒ 30. The Derivative Plaintiff and or the Representative Derivative Plaintiff in his or her

   representative capacity on behalf of the estate of the Decedent Derivative Plaintiff was

   the:

   ☒ a.  SPOUSE at all relevant times herein, was lawfully married to Plaintiff,

        and brings this derivative action for her/his loss due to the injuries

        sustained by her husband/his wife, Injured Plaintiff.

   *Instructions: To the extent that plaintiff has specificity as to the information to be*

   *placed within the columns of the chart below, such should be provided. Additionally,*

   *to the extent that plaintiff has specificity as to differing areas or floors within a*

   *particular building or location, a separate line entry should be made for each area or*

   *floor within a building within which they worked. If plaintiff is unable at this time to*

   *enunciate a response to a particular column heading, the applicable column should*

   *be marked with an "X." (See Sample Chart below)*

   *Each sub-paragraph shall be deemed to allege: "The Injured Plaintiff at times*

   *relevant to the claims herein, worked at (address/location), on or at (the floor or*

   *area) for the following (dates of employment), while in the employ of (name of*

   *employer), maintaining the position of (job title), performing the activities of (job*

   *activity) and worked at said location for approximately (hours), working in the*

   *following shift (shift worked). i.e., "The Injured Plaintiff at times relevant to the*

   *claims herein, worked at 500 Broadway, on the 2nd floor, for the following dates,*

6

*10/1/01-6/1/02, while in the employ of ABC Corp, maintaining the position of cleaner and performing activities including debris removal and worked on and/or at said floor or area for approximately 20 hours, working the 8-am-5PM shift."*

☒ 31. The Injured Plaintiff worked at the address/location, on the following floors or areas, for following dates of employment, for the employer, in the job title of, performing the job activity of and for the number of hours, and for the shift worked, as specified on the following page.

*Sample Chart*

| | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKD |
|---|---|---|---|---|---|---|---|---|---|
| 31a | *500 Broadway | 2 | 10/1/01-6/1/02 | ABC CORP. | CLEANER | DEMOLITION/DEBRIS REMOVAL | 20 | 8AM-5PM | 50 |
| 31b | 1600 Broadway | 2 | 11/1/01-11/15/01 | ABC CORP. | CLEANER | X | 10 | X | 25 |
| 31c | 1600 Broadway | basement | 12/15/01-12/16/01 | XYZ Corp. | CLEANER | X | 10 | X | 25 |
| | | | | | | | | | |

Total Hours Worked: <u>40</u>

7

| | | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊠ | 31a. | 200 Vesey Street (Three World Financial Center) | X | April 2002 – December 2002 | Lan Utilities Electric Inc. Local Union # 3 | Electrician | Electrician | 1872 Hours (9months, 26 days a month, 8 hours a day) | X | 100% |
| ☐ | 31b. | | | | | | | | | |
| ☐ | 31c. | | | | | | | | | |
| ☐ | 31d. | | | | | | | | | |
| ☐ | 31e. | | | | | | | | | |
| ☐ | 31f. | | | | | | | | | |
| ☐ | 31g. | | | | | | | | | |
| ☐ | 31h. | | | | | | | | | |
| ☐ | 31i. | | | | | | | | | |
| ☐ | 31j. | | | | | | | | | |

8

| | ADDRESS/ LOCATION | FLOOR(S)/ AREAS | DATES OF EMPLOYMENT | NAME OF EMPLOYER | JOB TITLE | JOB ACTIVITY | HOURS WORKED | SHIFT WORKED | PERCENT OF TOTAL HOURS WORKED |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 31k. | | | | | | | | | |
| ☐ 31l. | | | | | | | | | |
| ☐ 31m. | | | | | | | | | |
| ☐ 31n. | | | | | | | | | |
| ☐ 31o. | | | | | | | | | |
| ☐ 31p. | | | | | | | | | |
| ☐ 31q. | | | | | | | | | |
| ☐ 31r. | | | | | | | | | |
| ☐ 31s. | | | | | | | | | |

☐ Other (Check here, if need for additional space and attach Rider and continue with same format as above)

9

☒31t. The plaintiff worked at all buildings or locations for the total number of hours as indicated: **approximately 1872 hours if worked 8 hours a day, for 26 days each month, from April 2002 to December 2002**.

☒ 32. The Injured Plaintiff was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above, unless otherwise specified.

☒ 33. The Injured Plaintiff was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above, unless otherwise specified

☒ 34. The Injured Plaintiff was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above, unless otherwise specified

☒ 35. The Plaintiff, and/or if also applicable to derivative plaintiff, check here ☒ , or his/or representative, has not made a claim to the Victim Compensation Fund. Therefore, pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. 40101, the issue of waiver is inapplicable.

☐ 36. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which claim was not deemed "substantially complete." The plaintiff therefore has not waived the "right to file a civil action (or be party to an action) in any Federal or State court for damages sustained as a result of the terrorist aircraft crashes of September 11,2001, except for civil actions to recover collateral source obligations." 49 U.S.C. 40101 at § 405 (c)(3)(B).

☐ 37. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or his/or representative, has made a claim to the Victim Compensation Fund, which

claim was deemed "substantially complete" by the Fund. The plaintiff has

therefore waived the "right to file a civil action (or be party to an action) in any

Federal or State court for damages sustained as a result of the terrorist aircraft

crashes of September 11, 2001, except for civil actions to recover collateral

source obligations." 49U.S.C. 40101 at Section 405 (c) (3) (B)

☐ 38. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or

his/or representative, has made a claim to the Victim Compensation Fund that was

granted by the Fund. The plaintiff has therefore waived the "right to file a civil

action (or be party to an action) in any Federal or State Court for damages

sustained as a result of the terrorist aircraft crashes of September 11, 2002 except

for civil actions to recover collateral source obligations." 49 U.S. C. 40101 at Sec.

405 (c)(3) (B)

☐ 39. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or

his/or representative, has made a claim to the Victims Compensation Fund that

was deemed ineligible prior to a determination of being substantially complete.

☐ 40. The Plaintiff and/or if also applicable to derivative plaintiff, check here ☐ , or

his/or representative, has made a claim to the Victims Compensation Fund that

was deemed ineligible subsequent to a determination of being substantially

complete.

☒ 41. The allegations in the body of the Master Complaint, are asserted as against each

defendant as checked off below. If plaintiff asserts additional allegations,

buildings, locations and/or defendants plaintiffs should follow the procedure as

11

outlined in the CMO # <u>4</u> governing the filing of the Master Complaint and Check-off Complaints.

☒ 42. The specific Defendants alleged relationship to the property, as indicated below or as otherwise the evidence may disclose, or their role with relationship to the work threat, gives rise to liability under the causes of actions alleged, as referenced in the Master Complaint.

*Instruction: The Defendant(s) names in the Master Complaint are re-stated below. The Defendant's are listed by reference to the building and/or location at which this specific plaintiff alleges to have worked.  Each sub- paragraph shall be deemed to allege: "With reference to (address), the defendant (entity) was a and/or the (relationship) of and/or at the subject property and/or in such relationship as the evidence may disclose," (i.e. With reference to 4 Albany Street, defendant Bankers Trust Company, was the owner of the subject property and/or in such relationship as the evidence may disclose).*

☒ 43. With reference to (*address as checked below*), the defendant (*entity as checked below*) was a and/or the (*relationship as indicated below*) of and/or at the subject property and/or in such relationship as the evidence may disclose.

☐ (43-1) 4 ALBANY STREET
    ☐A.  BANKERS TRUST COMPANY (*OWNER*)
    ☐B.  BANKERS TRUST NEW YORK CORPORATION (*OWNER*)
    ☐C.  BANKERS TRUST CORP.(*OWNER* )
    ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS (*OWNER*)
    ☐E.  DEUTSCHE BANK TRUST CORPORATION (*OWNER*)
    ☐F.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)

☐G.   JONES LANG LASALLE SERVICES, INC. (*OWNER*)

☐H.   AMBIENT GROUP, INC. *(CONTRACTOR)*

☐I.   ~~RJ LEE GROUP, INC. (*OWNER*)~~ **Removed (March 28th, 2008)**

☐J.   TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*

☐ (43-2) 99 BARCLAY STREET

☐A.   THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)

☐B.   ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

☐ (43-3)101 BARCLAY STREET (BANK OF NEW YORK)

☐A.   THE BANK OF NEW YORK COMPANY, INC. (*OWNER*)

☐B.   ONE WALL STREET HOLDINGS, LLC. (*OWNER*)

☐ (43-4)125 BARCLAY STREET

☐A.   ELAINE ESPEUT, AS TRUSTEE UNDER A DECLARATION OF TRUST (*OWNER*)

☐B.   FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF TRUST (*OWNER*)

☐C.   37 BENEFITS FUND TRUST (*OWNER*)

☐ (43-5) 20 BROAD STREET

☐ A.   20 BROAD ST. CO. *(OWNER)*

☐ B.   VORNADO OFFICE MANAGEMENT, LLC *(AGENT)*

☐ (43-6) 30 BROAD STREET (CONTINENTAL BANK BUILDING)

☐A.   30 BROAD STREET ASSOCIATES, LLC (*OWNER*)

☐B.   MURRAY HILL PROPERTIES *(AGENT)*

☐ (43-7) 40 BROAD STREET

☐A.   ~~40 BROAD, LLC (*OWNER*)~~ **Removed (March 28th, 2008)**

☐B.   CB RICHARD ELLIS *(AGENT)*

☐ (43-8) 60 BROAD STREET

    ☐A. ~~WELLS 60 BROAD STREET, LLC *(OWNER)*~~ **Removed (March 28th, 2008)**

    ☐B. COGSWELL REALTY GROUP & WELLS REAL ESTATE FUNDS *(AGENT)*

☐ (43-9) 75 BROAD STREET

    ☐A. 75 BROAD LLC *(OWNER)*

    ☐B. JEMB REALTY CORP. *(AGENT)*

☐ (43-10) 85 BROAD STREET

    ☐A. ASSAY PARTNERS *(AGENT)*

☐ (43-11) 104 BROAD STREET (NEW YORK TELEPHONE COMPANY BUILDING)

    ☐A. CITY OF NEW YORK *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-11-a) 125 BROAD STREET

    ☐A. MCI COMMUNICATIONS CORPORATION (*OWNER*)

    ☐B. MCI COMMUNICATIONS SERVICES, INC. (*OWNER*)

    ☐C. MCI, INC. (*OWNER*)

    ☐D. VERIZON COOMUNICATIONS, INC (OWNER)

    ☐E. VERIZON NEW YORK, INC. (OWNER)

    ☐F. VERIZON PROPERTIES, INC. (*OWNER*)

    ☐G. SL GREEN REALTY CORPORATION (*OWNER*)

    ☐H. THE WITKOFF GROUP LLC (*OWNER*)

**ADDITIONAL PARAGRAPH (MARCH 28th , 2008)**

☐ (43-11-b) 140 BROAD STREET

    ☐A. TRZ HOLDINGS, LLC *(OWNER)*

☐B.   MORGAN STANLEY MGMT CAPITAL, INC. (*OWNER*)

☐ (43-12) 1 BROADWAY
    ☐A.   KENYON & KENYON (*OWNER*)
    ☐B.   LOGANY LLC (*OWNER*)
    ☐C.   ~~ONE BROADWAY, LLC (*OWNER*)~~ **Removed (March 28th, 2008)**

☐ (43-13) 2 BROADWAY
    ☐A.   2 BROADWAY, LLC *(OWNER)*
    ☐B.   COLLIERS ABR, INC. *(AGENT)*

☐ (43-14) 25 BROADWAY
    ☐A.   25 BROADWAY OFFICE PROPERTIES, LLC *(OWNER)*
    ☐B.   ACTA REALTY CORP. *(AGENT)*

☐ (43-15) 30 BROADWAY
    ☐A.   CONSTITUTION REALTY LLC (*OWNER*)

☐ (43-16) 45 BROADWAY
    ☐A.   ~~B.C.R.E. *(AGENT)*~~ **Removed (March 28th, 2008)**
    ☐B.   45 BROADWAY, LLC (*OWNER*)
    ☐C.   CAMMEBY'S INTERNATIONAL, LTD. (*OWNER*)
    ☐D.   THE BANK OF NEW YORK (*OWNER*)

☐ (43-17) 61 BROADWAY
    ☐A.   CROWN BROADWAY, LLC (*OWNER*)
    ☐B.   CROWN PROPERTIES, INC (*OWNER*)
    ☐C.   CROWN 61 ASSOCIATES, LP (*OWNER*)
    ☐D.   CROWN 61 CORP (*OWNER*)

☐ (43-18) 71 BROADWAY

☐A.   ERP OPERATING UNLIMITED PARTNERSHIP *(OWNER)*

☐B.   EQUITY RESIDENTIAL *(AGENT)*

☐ (43-19) 90 EAST BROADWAY

☐A.   SUN LAU REALTY CORP. *(OWNER)*

☐ (43-20) 111/113 BROADWAY

☐A   TRINITY CENTRE LLC *(OWNER)*

☐B.   CAPITAL PROPERTIES, INC. *(OWNER)*

☐ (43-21) 115/119 BROADWAY

☐A.   TRINITY CENTRE LLC *(OWNER)*

☐ (43-22) 120 BROADWAY (THE EQUITABLE BUILDING)

☐A.   BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871) *(OWNER)*

☐B.   120 BROADWAY, LLC *(OWNER)*

☐C.   120 BROADWAY CONDOMINIUM (CONDO #871) *(OWNER)*

☐D.   120 BROADWAY PROPERTIES, LLC *(OWNER)*

☐E.   ~~715 REALTY CO. *(OWNER)*~~ **Removed (March 28th, 2008)**

☐F.   SILVERSTEIN PROPERTIES, INC. *(OWNER)*

☐G.   120 BROADWAY HOLDING, LLC *(OWNER)*

☐H.   CITIBANK, NA *(OWNER)*

☐ (43-23) 140 BROADWAY

☐A.   MSDW 140 BROADWAY PROPERTY L.L.C. *(OWNER)*

☐ (43-24) 150 BROADWAY

☐A.   150 BROADWAY N.Y. ASSOCS. L.P. *(OWNER)*

☐B.   150 BROADWAY CORP. *(OWNER)*

☐C.   BAILEY N.Y. ASSOCIATES *(OWNER)*

D.  AT&T WIRELESS SERVICES, INC. (*OWNER*)

~~E.  BROWN HARRIS STEVENS COMMERCIAL SERVICES, LLC
(*AGENT*)~~ **Removed (March 28th, 2008)**

(43-25) 160 BROADWAY

A.  DAROR ASSOCIATES, LLC (*OWNER*)

B.  BRAUN MANAGEMENT, INC. (*AGENT*)

(43-26) 170 BROADWAY

A.  AMG REALTY PARTNERS, LP (*OWNER*)

B.  JONES LANG LASALLE AMERICAS, INC. (*OWNER*)

C.  JONES LANG LASALLE SERVICES, INC. (*OWNER*)

D.  AMBIENT GROUP, INC. (*CONTRACTOR*)

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

(43-26-a) 176 BROADWAY

A.  176 BROADWAY BUILDERS CORP. (*OWNER*)

B.  176 BROADWAY OWNERS CORP. (*OWNER*)

C.  SL GREEN REALTY CORPORATION (*OWNER*)

D.  THE WITKOFF GROUP LLC (*OWNER*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

(43-27) 214 BROADWAY

A.  222 BROADWAY, LLC (*OWNER*)

**DEFENDANTS ADDED (March 28th, 2008)**

B.  CAP, INC. (*OWNERS*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

(43-28) 222 BROADWAY

A.  222 BROADWAY, LLC (*OWNER*)

~~B.  SWISS BANK CORPORATION (*OWNER*)~~ **Removed (March 28th, 2008)**

17

    ☐C.  ~~CUSHMAN & WAKEFIELD, INC. *(OWNER)*~~ Removed (March 28th, 2008)

    ☐D.  CHASE MANHATTAN BANKING CORPORATION (*OWNER*) **DEFENDANTS ADDED (March 28th, 2008)**

    ☐E.  MERRILL LYNCH & CO, INC. (*OWNER*)

    ☐F.  UBS FINANCIAL SERVICES, INC. f/k/a SWISS BANK COROPRATION (*OWNER*)

☐ (43-29) 225 BROADWAY

    ☐A.  225 BROADWAY COMPANY LP *(OWNER)*

    ☐B.  BRAUN MANAGEMENT, INC. *(OWNER)*

☐ (43-30) 230 BROADWAY

    ☐A.  233 BROADWAY OWNERS, LLC *(OWNER)*

☐ (43-31) 233 BROADWAY

    ☐A.  233 BROADWAY OWNERS, LLC (*OWNER*)

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-32) 250 BROADWAY

    ☐A.  1221 AVENUE HOLDINGS, LLC *(OWNER)* **DEFENDANTS ADDED (March 28th, 2008)**

    ☐B.  250 BROADWAY ASSOC. *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-32-a) 350 BROADWAY

    ☐A.  RFG NEW YORK ASSOCIATES, LLC (*OWNER*)

    ☐B.  SL GREEN REALTY CORPORATION (*OWNER*)

    ☐C.  THE WITKOFF GROUP LLC (*OWNER*)

☐ (43-33)  125 CEDAR STREET

    ☐A.  120 LIBERTY ST., LLC *(OWNER)*

☐ (43-34) 130 CEDAR STREET

> ☐A.  AJ GOLDSTEIN & CO. (*OWNER*)
>
> ☐ B.  CAROL GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR TRUST (*OWNER*)
>
> ☐C.  MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY (*OWNER*)
>
> ☐D.  NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILY TRUST (*OWNER*)
>
> ☐E.  NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST (*OWNER*)
>
> ☐F.  CAROL GAYNOR TRUST (*OWNER*)
>
> ☐G.  PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)
>
> ☐H.  ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST (*OWNER*)
>
> ☐I.  FRED GOLDSTEIN  (*OWNER*)
>
> ☐J.  MARGARET G. WATERS (*OWNER*)
>
> ☐K.  MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE LAST WILL   AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)
>
> ☐L.  HERMAN L. BLUM, AS TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF LOUIS W. GOLDSTEIN (*OWNER*)
>
> ☐M.  SYLVIA R. GOLDSTEIN (*OWNER*)
>
> ☐N.  RUTH G. LEBOW (*OWNER*)
>
> ☐O.  HAROLD G. GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF    TRUST (*OWNER*)
>
> ☐ P.  IDELL GOLDSTEIN, AS TRUSTEE UNDER DECLARATION OF TRUST (*OWNER*)
>
> ☐Q.  HARLAND GAYNOR, AS TRUSTEE UNDER DECLARATION OF TRUST (*OWNER*)

19

☐ R.   SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER
        DECLARATION OF TRUST (*OWNER*)
☐ S.   BETTY JEAN GRANQUIST (*OWNER*)
☐ T.   CAROL MERRIL GAYNOR (*OWNER*)
☐ U.   ALAN L. MERRIL (*OWNER*)

☐ (43-35) 90 CHAMBERS STREET
        ☐ A.   90 CHAMBERS REALTY, LLC (*OWNER*)

☐ (43-36) 105 CHAMBERS STREET
        ☐ A.   DATRAN MEDIA (*OWNER*)

☐ (43-37) 145 CHAMBERS STREET
        ☐ A.   145 CHAMBERS A CO. (*OWNER*)

☐ (43-38) 199 CHAMBERS STREET (BOROUGH OF MANHATTAN
        COMMUNITY COLLEGE (CUNY))
        ☐ A.   BOROUGH OF MANHATTAN COMMUNITY COLLEGE

☐ (43-39) 345 CHAMBERS STREET (STUYVESANT HIGH SCHOOL)
        ☐ A.   TRIBECA LANDING L.L.C. (*OWNER*)
        ☐ B.   BOARD OF EDUCATION OF THE CITY OF NEW YORK
                (*OWNER*)
        ☐ C.   NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
                (*OWNER*)
        ☐ D.   THE CITY OF NEW YORK (*OWNER*)
        ☐ E.   BATTERY PARK CITY AUTHORITY (*OWNER*)
        ☐ F.   DEPARTMENT OF BUSINESS SERVICES (*AGENT*)

☐ (43-40) 400 CHAMBERS STREET
    ☐A.   THE RELATED COMPANIES, LP (*OWNER*)
    ☐B   RELATED MANAGEMENT CO., LP (*OWNER*)
    ☐C.   THE RELATED REATLY GROUP, INC (*OWNER*)
    ☐D.   RELATED BPC ASSOCIATES, INC. (*OWNER*)

☐ (43-41) 55 CHURCH STREET (MILLENIUM HILTON HOTEL)
    ☐A.   CDL NEW YORK LLC MILLENIUM BROADWAY *(OWNER)*

☐ (43-42) 90 CHURCH STREET (POST OFFICE)
    ☐A.   90 CHURCH STREET LIMITED PARTNERSHIP (*OWNER*)
    ☐B.   BOSTON PROPERTIES, INC. (*OWNER*)
    ☐C.   STUCTURE TONE (UK), INC. *(CONTRACTOR)*
    ☐D.   STRUCTURE TONE GLOBAL SERVICES, INC.
         *(CONTRACTOR)*
    ☐E.   BELFOR USA GROUP, INC. *(CONTRACTOR)*
    ☐F.   AMBIENT GROUP, INC. *(CONTRACTOR)*

☐ (43-43) 99 CHURCH STREET
    ☐A. MOODY'S HOLDINGS, INC. (*OWNER*)
    ☐B. GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

☐ (43-44) 100 CHURCH STREET
    ☐A.   THE CITY OF NEW YORK (*OWNER*)
    ☐B.   100 CHURCH LLC (*OWNER*)
    ☐C.   ZAR REALTY MANAGEMENT CORP. *(AGENT)*
    ☐D.   MERRILL LYNCH & CO, INC. (*OWNER*)
    ☐E.   AMBIENT GROUP, INC. *(CONTRACTOR)*
    ☐F.   INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
         *(CONTRACTOR/AGENT)*
    ☐G.   GPS ENVIRONMENTAL CONSULTANTS, INC.

*(CONTRACTOR/AGENT*

☐H.   CUNNINGHAM DUCT CLEANING CO., INC. *(CONTRACTOR)*

☐I.   TRC ENGINEERS, INC. *(CONTRACTOR/AGENT*

☐J.   INDOOR AIR PROFESSIONALS, INC. *(CONTRACTOR/AGENT*

☐K.   LAW ENGINEERING P.C. *(CONTRACTOR/AGENT*

☐~~L.   ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC~~
       *(~~OWNER~~)* **Removed (March 28th, 2008)**


☐ (43-45) 110 CHURCH STREET

☐A.   110 CHURCH LLC *(OWNER)*

☐B.   53 PARK PLACE LLC *(OWNER)*

☐~~C.   ZAR REALTY MANAGEMENT CORP. *(AGENT)*~~ **Removed
       (March 28th, 2008)**

☐D.   LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*

☐E.   LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*


☐ (43-46) 120 CHURCH STREET (BANK OF NEW YORK)

☐A.   110 CHURCH LLC *(OWNER)*

☐B.   53 PARK PLACE LLC *(OWNER)*

☐~~C.   ZAR REALTY MANAGEMENT CORP. *(AGENT)*~~ **Removed
       (March 28th, 2008)**

☐D.   LIONSHEAD DEVELOPMENT LLC *(OWNER/AGENT)*

☐E.   LIONSHEAD 110 DEVELOPMENT LLC *(OWNER/AGENT)*


☐ (43-47) 22 CORTLANDT STREET (CENTURY 21)

☐A.   MAYORE ESTATES LLC *(OWNER)*

☐B.   80 LAFAYETTE ASSOCIATES, LLC *(OWNER)*

☐C.   MAYORE ESTATES LLC AND 80 LAFAYETTE
       ASSOCIATION LLC AS TENANTS IN COMMON *(OWNER)*

☐D.   BLUE MILLENNIUM REALTY LLC *(OWNER)*

☐E.   CENTURY 21, INC. *(OWNER)*

☐F.   B.R. FRIES & ASSOCIATES, INC. *(AGENTS)*
☐G.   STONER AND COMPANY, INC. *(AGENTS)*
☐H.   HILLMAN ENVIRONMENTAL GROUP, LLC.
   *(AGENT/CONTRACTOR)*
☐I   GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

☐ (43-48) 26 CORTLANDT STREET (CENTURY 21)
☐A.   BLUE MILLENNIUM REALTY LLC *(OWNER)*
☐B.   CENTURY 21 DEPARTMENT STORES LLC *(OWNER)*
☐C.   GRUBB & ELLIS MANAGEMENT SERVICES *(AGENT)*

☐ (43-49) 7 DEY STREET (GILLESPI BUILDING)
☐A.   SAKELE BROTHERS LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-49-a) 94 EAST BROADWAY
☐A.   SUN LAU REALTY CORP. *(OWNER)*

☐ ~~(43-50) 1 FEDERAL PLAZA~~ **Removed (March 28th, 2008)**
☐A.   ~~US GOVERNMENT *(OWNER)*~~

☐ (43-51) 26 FEDERAL PLAZA (JACOB K. JAVITS FEDERAL BUILDING)
☐A.   TRIO ASBESTOS REMOVAL *(CONTRACTOR)*

☐ (43-52) 163 FRONT STREET
☐A.   AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
☐B.   AMERICAN INTERNATIONAL GROUP *(OWNER)*

☐ (43-53) 77 FULTON STREET
☐A.   SOUTHBRIDGE TOWER, INC. *(OWNER)*

☐ (43-54) GATE HOUSE
  ☐ A.  THE CITY OF NEW YORK *(OWNER)*

☐ (43-55) 100 GOLD STREET
  ☐ A.  CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☐ (43-56) 240 GREENE STREET
  ☐ A.  NEW YORK UNIVERSITY *(OWNER)*
  ☐ B.  DORMITORY AUTHORITY OF THE STATE OF NEW YORK
        *(OWNER)*

☐ (43-57) 70 GREENWICH STREET (PARKING GARAGE)
  ☐ A.  EDISON PARKING MANAGEMENT, L.P. *(OWNER/AGENT)*
  ☐ B.  ALLRIGHT PARKING MANAGEMENT, INC.
        *(OWNER/AGENT)*
  ☐ C.  CENTRAL PARKING SYSTEM OF NEW YORK, INC.
        *(OWNER/AGENT)*

☐ (43-58) 88 GREENWICH STREET
  ☐ A.  BLACK DIAMONDS LLC *(OWNER)*
  ☐ B.  88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-58-a) 104 GREENWICH STREET (REMY LOUNGE)
  ☐ A.  GB DEVELOPMENT GROUP (*OWNER*)

☐ (43-59) 108 GREENWICH STREET
  ☐ A.  JOSEPH MARTUSCELLO *(OWNER)*

☐ (43-60) 114 GREENWICH STREET
  ☐ A.  SENEX GREENWICH REALTY ASSOCIATES, LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-61) 120 GREENWICH PLACE

    ☐A.  ~~SENEX GREENWICH REALTY ASSOCIATES *(OWNER)*~~
        **Removed (March 28th, 2008)**
        **DEFENDANTS ADDED (March 28th, 2008)**

    ☐B.  120 GREENEICH DEVELOPMENT ASSOCIATES, LLC
        (*OWNER*)

    ☐C.  BARRINGTON DEVELOPMENT CORP. (*OWNER*)


☐ (43-62) 234 GREENWICH STREET

    ☐A.  THE BANK OF NEW YORK *(OWNER)*


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-62-a) 275 GREENWICH STREET

    ☐A.  GREENWICH COURT CONDOMINIUM ASSOCIATION
        CORP. *(OWNER)*


☐ (43-63) 390 GREENWICH STREET

    ☐A.  STATE STREET BK & TRTETC *(OWNER)*

    ☐B.  CITIGROUP CORPORATE REALTY SERVICES *(AGENT)*


☐ ~~(43-64) 7 HANOVER SQUARE~~ **Removed (March 28th, 2008)**

    ☐A.  ~~MB REAL ESTATE *(AGENT)*~~ **Removed (March 28th, 2008)**

    ☐B.  ~~SEVEN HANOVER ASSOCIATES *(OWNER)*~~ **Removed (March 28th, 2008)**


☐ (43-65) 40 HARRISON STREET (INDEPENDENCE PLAZA)

    ☐A.  AM & G WATERPROOFING LLC *(CONTRACTOR)*


☐ (43-66) 60 HUDSON STREET

☐A.   60 HUDSON OWNER, LLC *(OWNER)*

☐ (43-67) 315 HUDSON STREET
☐A.   315 HUDSON LLC *(OWNER)*

☐ (43-68) 2 JOHN STREET
☐A.   GOTHAM ESTATE, LLC *(OWNER/AGENT)*
☐B.   ~~GOTHAM ESTATE, LLC *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-69) 45 JOHN STREET
☐A.   BANK OF NEW YORK *(OWNER)*

☐ (43-70) 99 JOHN STREET
☐A.   ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-71) 100 JOHN STREET
☐A.   MAZAL GROUP *(OWNER)*
☐B.   NEWMARK KNIGHT FRANK *(AGENT)*

☐ (43-72) ONE LIBERTY PLAZA
☐A.   NEW LIBERTY PLAZA LP *(OWNER)*
☐B.   WORLD FINANCIAL PROPERTIES, L.P. *(OWNER)*
☐C.   WFP ONE LIBERTY PLAZA CO., L.P. *(OWNER)*
☐D.   ONE LIBERTY PLAZA *(OWNER)*
☐E.   BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*
☐F.   WFP ONE LIBERTY PLAZA, CO. GP, CORP. *(OWNER)*
☐G.   THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178) *(OWNER)*

☐H.  THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178) *(OWNER)*

☐I.  BFP ONE LIBERTY PLAZA CO., LLC *(OWNER)*

☐J.  NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC. *(OWNER)*

☐K.  NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY
*(OWNER)*

☐L.  NEW YORK CITY ECONOMIC DEVELOPMENT
CORPORATION *(OWNER)*

☐M.  NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION *(OWNER)*

☐N.  BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*

☐O.  HILLMAN ENVIRONMENTAL GROUP, LLC.
*(AGENT/CONTRACTOR)*

☐P.  GENERAL RE SERVICES CORP. *(OWNER/AGENT)*

☐ (43-73) 10 LIBERTY STREET
☐A.  LIBERTY STREET REALTY *(OWNER)*

☐ (43-74) 30 LIBERTY STREET
☐A.  CHASE MANHATTAN BANK *(OWNER)*

☐ (43-75) 33 LIBERTY STREET
☐A.  VERIZON NEW YORK, INC. *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-76) 114 LIBERTY STREET
☐A.  WARWICK & CO. *(OWNER)*
**DEFENDANTS ADDED (March 28th, 2008)**
☐B.  114 LIBERTY STREET ASSOC. (OWNER)

☐ (43-77) 130 LIBERTY STREET (DEUTSCHE BANK BUILDING)
    ☐A.  DEUTSCHE BANK TRUST CORPORATION *(OWNER)*
    ☐B.  DEUTSCHE BANK TRUST COMPANY *(OWNER)*
    ☐C.  BANKERS TRUST CORPORATION *(OWNER)*
    ☐D.  DEUTSCHE BANK TRUST COMPANY AMERICAS *(OWNER)*
    ☐E.  THE BANK OF NEW YORK TRUST COMPANY NA *(OWNER)*
    ☐F.  BT PRIVATE CLIENTS CORP. *(OWNER)*
    ☐G.  TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*
    ☐H.  TULLY CONTSRUCTION CO., INC. *(CONTRACTOR)*
    ☐I.  TULLY INDUSTRIES *(CONTRACTOR)*

☐ (43-78) 377 LIBERTY STREET
    ☐A.  LIBERTY HOUSE CONDOMINIUM *(OWNER)*

☐ (43-79) 41 MADISON AVENUE
    ☐A.  41 MADISON LP/RUDIN MGMT CO. *(OWNER/AGENT)*

☐ (43-80) 59 MAIDEN LANE
    ☐A.  59 MAIDEN LANE ASSOCIATES, LLC *(OWNER)*

☐ (43-81) 80 MAIDEN LANE
    ☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

☐ (43-82) 90 MAIDEN LANE
    ☐A.  MAIDEN 80/90 LLC *(OWNER)*
    ☐B.  AM PROPERTY HOLDING CORP *(OWNER)*

☐ (43-83) 95 MAIDEN LANE
    ☐A.  CHICAGO 4, L.L.C. *(OWNER)*

☐B.  2 GOLD L.L.C., SUCCESSOR BY MERGER TO CHICAGO 4, L.L.C. *(OWNER)*

☐ (43-83-1) 125 MAIDEN LANE
    ☐A.  125 MAIDEN LANE EQUITIES, LLC *(OWNER)*

☐ (43-84) MARRIOTT FINANCIAL CENTER HOTEL
    ☐A.  HMC CAPITOL RESOURCES CORP. *(AGENT)*
    ☐B.  HMC FINANCIAL CENTER, INC. *(OWNER)*
    ☐C.  MARRIOTT HOTEL SERVICES, INC. *(AGENT)*
    ☐D.  MK WEST STREET COMPANY *(AGENT)*
    ☐E.  MK WEST STREET COMPANY, L.P. *(AGENT)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-84-a) 45 MURRAY STREET
    ☐A.  45 MURRAY STREET CORP. *(OWNER)*

☐ (43-85) 101 MURRAY STREET
    ☐A.  ST. JOHN'S UNIVERSITY *(OWNER)*

☐ (43-86) 110 MURRAY STREET
    ☐A.  THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*
    ☐B.  ONE WALL STREET HOLDINGS, LLC. *(OWNER)*

☐ (43-87) 26 NASSAU STREET (1 CHASE MANHATTAN BANK
    ☐A.  J.P. MORGAN CHASE CORPORATION *(OWNER)*

☐ (43-88) 81 NASSAU STREET
    ☐A.  SYMS CORP. *(OWNER)*

☐ (43-89) 4 NEW YORK PLAZA

☐A.  MANUFACTURERS HANOVER TRUST COMPANY
*(OWNER)*

☐ (43-90) 102 NORTH END AVENUE
  ☐A.  HARRAH'S OPERATING COMPANY, INC. *(OWNER/AGENT)*
  ☐B.  HILTON HOTELS CORPORATION *(OWNER)*

☐ (43-91) PACE UNIVERSITY
  ☐A.  PACE UNIVERSITY *(OWNER)*

☐ (43-92) 75 PARK PLACE
  ☐A.  RESNICK 75 PARK PLACE, LLC *(OWNER)*
  ☐B.  JACK RESNICK & SONS, INC. *(AGENT)*

☐ (43-93) 299 PEARL STREET
  ☐A.  SOUTHBRIDGE TOWERS, INC. *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-94) 375 PEARL STREET
  ☐A.  VERIZON COMMUNICATIONS, INC. *(OWNER)*
  ☐B.  RICHARD WINNER *(AGENT)*
  ☐C.  VERIZON NEW YORK, INC. *(OWNER)*
      **DEFENDANTS ADDED (March 28th, 2008)**
  ☐D.  TACONIC INVESTMENT PARTNERS, LLC *(OWNER)*

☐ (43-95) PICASSO PIZZERIA RESTAURANT
  ☐   CITY OF NEW YORK *(OWNER)*

☐ (43-96) 30 PINE STREET
  ☐A.  JP MORGAN CHASE CORPORATION *(OWNER/AGENT)*
  ☐B.  ~~JP MORGAN CHASE *(AGENT)*~~ **Removed (March 28th, 2008)**

☐ (43-97) 70 PINE STREET
    ☐A.  AMERICAN INTERNATIONAL REALTY CORP. *(OWNER)*
    ☐B.  AMERICAN INTERNATIONAL GROUP, INC. *(OWNER)*
    ☐C.  AIG REALTY, INC. *(OWNER)*

☐ (43-98) 80 PINE STREET
    ☐A.  80 PINE, LLC *(OWNER)*
    ☐B.  RUDIN MANAGEMENT CO., INC. *(AGENT)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-99) P.S. 234 INDEPENDENCE SCHOOL
    ☐A.  ~~SABINE ZERARKA *(OWNER)*~~ **Removed (March 28th, 2008)**
        **DEFENDANTS ADDED (March 28th, 2008)**
    ☐B.  THE CITY OF NEW YORK (*OWNER*)
    ☐C.  THE CITY OF NEW YORK DEPARTMENT OF EDUCATION
        (*OWNER*)

☐ (43-100) 30 ROCKEFELLER PLAZA
    ☐A.  TISHMAN SPEYER PROPERTIES *(OWNER)*
    ☐B.  V CUCINIELLO *(OWNER)*

☐ (43-101) 1-9 RECTOR STREET
    ☐A.  50 TRINITY, LLC *(OWNER)*
    ☐B.  BROADWAY WEST STREET ASSOCIATES LIMITED
        PARTNERSHIP *(OWNER)*
    ☐C.  HIGHLAND DEVELOPMENT LLC *(OWNER)*
    ☐D.  STEEPLECHASE ACQUISITIONS LLC *(OWNER)*
    ☐E.  BLACK DIAMONDS LLC *(OWNER)*
    ☐F.  88 GREENWICH LLC *(OWNER)*

☐ (43-102) 19 RECTOR STREET
    ☐A.   BLACK DIAMONDS LLC *(OWNER)*
    ☐B.   88 GREENWICH LLC *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-102-a) 33 RECTOR STREET
    ☐A.   33 RECTOR STREET CONDOMINIUM (OWNER)

☐ (43-103) 40 RECTOR STREET
    ☐A.  ~~NEW YORK TELEPHONE COMPANY *(AGENT)*~~ **Removed (March 28th, 2008)**
    ☐B.   40 RECTOR HOLDINGS, LLC *(OWNER)*

☐ (43-104) 225 RECTOR PLACE
    ☐A.   LIBERTY VIEW ASSOCIATES, L.P. *(OWNER)*
    ☐B.  ~~AMG REALTY PARTNERS, LP *(OWNER)*~~ **Removed (March 28th, 2008)**
    ☐C.   RELATED MANAGEMENT CO., LP *(AGENT)*
    ☐D.   THE RELATED REALTY GROUP, INC. *(OWNER)*
    ☐E.   THE RELATED COMPANIES, LP *(OWNER)*
    ☐F.   RELATED BPC ASSOCIATES, INC. *(OWNER)*

☐ (43-105) 280 RECTOR PLACE (THE SOUNDING)
    ☐A.  ~~BROWN HARRIS STEVENS *(AGENT)*~~ **Removed (March 28th, 2008)**
    ☐B.   THE RELATED COMPANIES, LP *(OWNER)*

☐ (43-106) 300 RECTOR PLACE (BATTERY POINTE)
    ☐A.   BATTERY POINTE CONDOMINIUMS *(OWNER)*
    ☐B.   RY MANAGEMENT *(AGENT)*

☐ (43-107) 377 RECTOR PLACE (LIBERTY HOUSE

    ☐A.  MILFORD MANAGEMENT CORP. *(AGENT)*

    ☐B.  MILSTEIN PROPERTIES CORP. *(OWNER)*

    ☐C.  ~~LIBERTY HOUSE CONDOMINIUM~~ *~~(OWNER)~~* **Removed (March 28th, 2008)**


☐ (43-108) 380 RECTOR PLACE   (LIBERTY TERRACE)

    ☐A.  MILFORD MANAGEMENT CORP. *(OWNER)*

    ☐B.  LIBERTY TERRACE CONDOMINIUM *(OWNER)*


☐ (43-109) 2 SOUTH END AVENUE (COVE CLUB)

    ☐A.  COOPER SQUAER REALTY, INC. *(OWNER)*


☐ (43-110) 250 SOUTH END AVENUE (HUDSON VIEW EAST)

    ☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

    ☐B.  HUDSON VIEW TOWERS ASSOCIATES *(OWNER)*

    ☐C.  HUDSON VIEW EAST CONDOMINIUM *(OWNER)*

    ☐D.  BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM *(OWNER)*

    ☐E.  R Y MANAGEMENT CO., INC. *(AGENT)*

    ☐F.  ~~ZECKENDORF REALTY, LP,~~ *~~(AGENT/OWNER)~~* **Removed (March 28th, 2008)**

    ☐G.  ~~ZECKENDORF REALTY, LLC,~~ *~~(AGENT/OWNER)~~* **Removed (March 28th, 2008)**


☐ (43-111) 315 SOUTH END AVENUE

    ☐A.  THE CITY OF NEW YORK *(OWNER)*


☐ (43-112) 345 SOUTH END AVENUE (100 GATEWAY PLAZA)

    ☐A.  EMPIRE STATE PROPERTIES, INC. *(OWNER)*

    ☐B.  LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-113) 355 SOUTH END AVENUE (200 GATEWAY PLAZA)
    ☐A.   EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ B.   LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-114) 375 SOUTH END AVENUE (600 GATEWAY PLAZA)
    ☐A.   EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐B.   LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-115) 385 SOUTH END AVENUE (500 GATEWAY PLAZA)
    ☐A.   EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐B.   LEFRAK ORGANIZATION INC. *(OWNER)*

☐ (43-116) 395 SOUTH END AVENUE  (400 GATEWAY PLAZA)
    ☐A.   THE CITY OF NEW YORK *(OWNER)*
    ☐B.   BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐C.   HUDSON TOWERS HOUSING CO., INC. *(OWNER)*
    ☐D.   EMPIRE STATE PROPERTIES, INC. *(OWNER)*
    ☐ E.   LEFRAK ORGANIZATION, INC. *(OWNER)*

☐ (43-117) 22 THAMES STREET
    ☐A.   123 WASHINGTON, LLC (C/O THE MOINIAN GROUP)

☐ (43-118) 88 THOMAS STREET
    ☐A.   50 HUDSON LLC *(OWNER)*

☐ (43-119) TRINITY CHURCH
    ☐A.   RECTOR OF TRINITY CHURCH *(OWNER)*

☐ (43-120) 100 TRINITY PLACE (HIGH SCHOOL OF ECONOMICS AND
    FINANCE)

    ☐A.  THAMES REALTY CO. *(OWNER)*

    ☐B.  NEW YORK UNIVERSITY *(OWNER)*

☐ (43-121) 78-86 TRINITY PLACE (AMERICAN STOCK EXCHANGE)

    ☐A.  AMERICAN STOCK EXCHANGE LLC *(OWNER)*

    ☐B.  AMERICAN STOCK EXCHANGE CLEARING LLC *(OWNER)*

    ☐C.  AMERICAN STOCK EXCHANGE REALTY ASSOCIATIES LLC *(OWNER)*

    ☐D.  NATIONAL ASSOCIATION OF SECURITIES DEALERS *(OWNER)*

    ☐E.  THE NASDAQ STOCK MARKET, INC *(OWNER)*

    ☐F.  ~~AMEX SEAT OWNERS ASSOCIATION, INC. *(OWNER)*~~
        **Removed (March 28th, 2008)**

    ☐G.  AMEX SPECIALISTS ASSOCIATION, INC. *(OWNER)*

    ☐H.  AMEX COMMODITIES LLC *(OWNER)*

    ☐I.  AMEX INTERNATIONAL INC. *(OWNER)*

    ☐J.  AMEX INTERNATIONAL LLC *(OWNER)*

    ☐K.  NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*

    ☐L.  NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION *(OWNER)*

    ☐M.  NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION *(OWNER)*

☐ (43-122) 90 TRINITY PLACE

    ☐A.  NEW YORK UNIVERSITY *(OWNER)*

☐ (43-123) TRINITY BUILDING

    ☐A.  CAPITAL PROPERTIES, INC. *(AGENT)*

    ☐B.  TRINITY CENTRE, LLC *(OWNER)*

☐ (43-124) 75 VARICK STREET ~~AND 76 VARICK STREET~~ Removed (March 28th, 2008)

    ☐A.   NYC INDUSTRIAL DEVELOPMENT AGENCY *(OWNER)*

    ☐B.   TRINITY REAL ESTATE *(AGENT)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-124-a) 76 VARICK STREET

    ☐A.   TRINITY REAL ESTATE *(AGENT)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-125) 30 VESEY STREET

    ☐A.   SILVERSTEIN PROPERTIES *(OWNER)*

    **DEFENDANTS ADDED (March 28th, 2008)**

    ☐B.   GREYSTONE PROPERTIES *(OWNER)*

☐ (43-126) 1 WALL STREET

    ☐A.   THE BANK OF NEW YORK COMPANY, INC. *(OWNER)*

    ☐B.   ONE WALL STREET HOLDINGS LLC *(OWNER)*

    ☐C.   4101 AUSTIN BLVD CORPORATION *(OWNER)*

☐ (43-127) 11 WALL STREET (NEW YORK STOCK EXCHANGE, INC.)

    ☐A.   NYSE, INC. *(OWNER/AGENT)*

    ☐B.   ~~NYSE, INC. *(AGENT)*~~ Removed (March 28th, 2008)

☐ (43-128) 37 WALL STREET

    ☐A.   W ASSOCIATES LLC *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-129) 40 WALL STREET

    ☐A.   ~~32-42 BROADWAY OWNER, LLC *(OWNER)*~~ Removed (March 28th, 2008)

☐ ~~B.   CAMMEBY'S MANAGEMENT CO., LLC *(AGENT)*~~ Removed
(March 28th, 2008)
**DEFENDANTS ADDED (March 28th, 2008)**
☐C.   GERMAN AMERICAN CAPITAL CORPORATION *(OWNER)*


☐ (43-130) 45 WALL STREET
☐A.   45 WALL STREET LLC *(OWNER)*


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐(43-130-a) 48 WALL STREET
☐A.   48 WALL LLC (*OWNER*)


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-131) 60 WALL STREET AND 67 WALL STREET
☐A.   DEUTSCHE BANK DBAB WALL STREET LLC *(OWNER)*
☐B.   JONES LANG LASALLE *(AGENT)*
**DEFENDANTS ADDED (March 28th, 2008)**
☐C.   WALL STREET, LLC *(AGENT)*
☐D.   DEUTSCHE BANK (*AGENT*)


☐ (43-132) 63 WALL STREET
☐A.   63 WALL, INC. *(OWNER)*
☐B.   63 WALL STREET INC. *(OWNER)*
☐C.   BROWN BROTHERS HARRIMAN & CO., INC. *(AGENT)*


☐ (43-133) 100 WALL STREET
☐A.   100 WALL STREET COMPANY LLC *(OWNER)*
☐B.   RECKSON CONSTRUCTION GROUP NEW YORK, INC.
*(AGENT/CONTRACTOR)*


☐ (43-134) 111 WALL STREET
☐A.   CITIBANK, N.A. *(OWNER)*

☐ B.  STATE STREET BANK AND TRUST COMPANY, AS OWNER
      TRUSTEE OF ZSF/OFFICE NY TRUST *(OWNER)*

☐ C.  111 WALL STREET LLC *(OWNER)*

☐ D.  230 CENTRAL CO., LLC *(OWNER)*

☐ E.  CUSHMAN & WAKEFIELD, INC. *(AGENT)*

☐ F.  CUSHMAN & WAKEFIELD 111 WALL, INC *(AGENT)*

☐ G.  CITIGROUP, INC. *(OWNER)*


☐ (43-135) 46 WARREN STREET

☐ A.  DAVID HELFER *(OWNER)*


☐ (43-136) 73 WARRAN STREET

☐ A   73 WARREN STREET LLP *(OWNER)*


☐ (43-137) 201 WARREN STREET (P.S. 89)

☐ A.  TRIBECA NORTH END, LLC *(OWNER)*

☐ B.  THE CITY OF NEW YORK *(OWNER)*

☐ C.  THE NEW YORK CITY DEPARTMENT OF EDUCATION
      *(OWNER)*

☐ D.  THE NEW YORK CITY SCHOOL CONSTRUCTION
      AUTHORITY *(OWNER)*


**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**

☐ (43-137-a) 110 WASHINGTON STREET

☐ A.  J HILL ASSOCIATES *(OWNER)*


☐ (43-138) 130 WASHINGTON STREET

☐    HMC FINANCIAL CENTER, INC. *(OWNER)*


☐ (43-139) 55 WATER STREET

☐ A.  55 WATER STREET CONDOMINIUM *(OWNER)*

☐B.   NEW WATER STREET CORP. *(OWNER)*

☐ (43-140) 160 WATER STREET
    ☐A.   160 WATER STREET ASSOCIATES *(OWNER)*
    ☐B.   G.L.O. MANAGEMENT, INC. *(AGENT)*
    ☐C.   160 WATER ST. INC. *(OWNER)*

**ADDITIONAL PARAGRAPH (MARCH 28th, 2008)**
☐ (43-140-a) 175 WATER STREET
    ☐A.   AIG AMERICAN INTERNATIONAL REALTY CORP.
        *(OWNER)*

☐ (43-141) 199 WATER STREET
    ☐A.   RESNICK WATER ST. DEVELOPMENT CO. *(OWNER)*
    ☐B.   JACK RESNICK & SONS INC. *(AGENT)*

☐ (43-142) 200 WATER STREET
    ☐A.   NEW YORK UNIVERSITY *(OWNER)*
    ☐B.   NEW YORK UNIVERSITY REAL ESTATE CORPORATION
        *(OWNER)*
    ☐C.   127 JOHN STREET REALTY LLC *(OWNER)*
    ☐ D.  ROCKROSE DEVELOPMENT CORP. *(OWNER)*

☐ (43-143) 3 WEST 57TH STREET (THE WHITEHALL BUILDING)
    ☐A.   EL-KAM REALTY CO. *(OWNER)*

☐ (43-144) 50 WEST STREET
    ☐A   CAPMARK FINANCE, INC. *(OWNER)*

**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**
☐ (43-145) 90 WEST STREET (WEST STREET BUILDING)

    ☐A.  FGP 90 WEST STREET, INC. *(OWNER)*

    ☐B.  KIBEL COMPANIES *(OWNER)*

    **DEFENDANTS ADDED (March 28th, 2008)**

    ☐C.  B.C.R.E. 90 WEST STREET, LLC (*OWNER*)


**AMENDED PARAGRAPH ADDING DEFENDANTS (March 28th, 2008)**

☐ (43-146) 140 WEST STREET (VERIZON BUILDING)

    ☐A.  VERIZON NEW YORK, INC. *(OWNER)*

    ☐~~B.  VERIZON PROPERTIES, INC. *(OWNER)*~~ **Removed (March 28th, 2008)**

    ☐~~C.  VERIZON COMMUNICATIONS, INC. *(OWNER)*~~ **Removed (March 28th, 2008)**

    ☐D.  HILLMAN ENVIRONMENTAL GROUP, LLC. *(OWNER'S AGENT/CONTRACTOR)*

    **DEFENDANTS ADDED (March 28th, 2008)**

    ☐E.  ABATEMENT PROFESSIONALS *(CONTRACTOR)*

    ☐F.  ABSCOPE ENVIRONMENTAL, INC. *(CONTRACTOR)*

    ☐G.  APPLIED ENVIRONMENTAL, INC. *(CONTRACTOR)*

    ☐H.  BRISTOL ENVIRONMENTAL, INC. *(CONTRACTOR)*

    ☐I.  CATAMOUNT ENVIRONMENTAL, INC. *(CONTRACTOR)*

    ☐J.  CLAYTON ENVIRONMENTAL CONSULTANTS *(CONTRACTOR)*

    ☐K.  COMPREHENSIVE ENVIRONMENTAL SERVICES CO. *(CONTRACTOR)*

    ☐L.  CONTAMINANT CONTROL, INC. *(CONTRACTOR)*

    ☐M.  COVINO ENVIRONMENTAL ASSOCIATES, INC. *(CONTRACTOR)*

    ☐N.  CRITERION LABORATORIES, INC. *(CONTRACTOR)*

    ☐O.  DARLING ASBESTOS DISPOSAL COMPANY, INC. *(CONTRACTOR)*

    ☐P.  DIVERSIFIED ENVIRONMENTAL CORPORATION *(CONTRACTOR)*

☐ Q.  DYNASERV INDUSTRIES, INC. *(CONTRACTOR)*

☐ R.  ENVIRONMENTAL PRODUCTS AND SERVICES, INC. *(CONTRACTOR)*

☐ S.  ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC. *(CONTRACTOR)*

☐ T.  ENVIRONMENTAL TESTING, INC. *(CONTRACTOR)*

☐ U.  ENVIROSERVE, INC. *(CONTRACTOR)*

☐ V.  HYGIENETICS ENVIRONMENTAL COMPANY, INC. *(CONTRACTOR)*

☐ W. LVI ENVIRONMENTAL SERVICES, INC. *(CONTRACTOR)*

☐ X.  LVI SERVICES, INC. *(CONTRACTOR)*

☐ Y.  MARCOR REMEDIATION, INC. *(CONTRACTOR)*

☐ Z.  MILRO ASSOCIATES, INC. *(CONTRACTOR)*

☐ AA. NORWICH ASSOCIATES, INC. *(CONTRACTOR)*

☐ AB. PAR ENVIRONMENTAL CORPORATION *(CONTRACTOR)*

☐ AC. PINNACLE ENVIRONMENTAL CORPORATION *(CONTRACTOR)*

☐ AD. POTOMAC ABATEMENT, INC. *(CONTRACTOR)*

☐ AE. ROYAL ENVIRONMENTAL, INC. *(CONTRACTOR)*

☐ AF. SENCAM, INC. *(CONTRACTOR)*

☐ AG. SPECIALTY SERVICE CONTRACTING, INC. *(CONTRACTOR)*

☐ AH. SYSKA AND HENNESSY *(CONTRACTOR)*

☐ AI.  TELLABS OPERATIONS, INC. *(CONTRACTOR)*

☐ AJ.  TISHMAN INTERIORS CORPORATION *(CONTRACTOR)*

☐ AK. WILLIAM F. COLLINS, ARCHITECT *(CONTRACTOR)*


☐ (43-147) 30 WEST BROADWAY

☐ A.  THE CITY UNIVERSITY OF NEW YORK *(OWNER)*

☐ B.  THE CITY OF NEW YORK *(OWNER)*

☐ (43-148) 100 WILLIAM STREET
    ☐ A.   WU/LIGHTHOUSE *(OWNER)*
    ☐ B.   LIGHTHOUSE REAL ESTATE, LLC *(AGENT)*

☐ (43-149) 123 WILLIAM STREET
    ☐ A.   WILLIAM & JOHN REALTY, LLC *(OWNER)*
    ☐ B.   AM PROPERTY HOLDING *(AGENT)*

☐ (43-150) 40 WORTH
    ☐ A.   LITTLE 40 WORTH ASSOCIATES, LLC *(AGENT)*
    ☐ B.   NEWMAN AND AMP COMPANY REAL ESTATE *(AGENT)*

☐ (43-151) 125 WORTH
    ☐ A.   CITY WIDE ADMINISTRATIVE SERVICES *(OWNER)*

☐ (43-152) 200 LIBERTY STREET (ONE WORLD FINANCIAL CENTER)
    ☐ A.   BATTERY PARK CITY AUTHORITY *(OWNER)*
    ☐ B.   BROOKFIELD PROPERTIES CORPORATION *(OWNER)*
    ☐ C.   BROOKFIELD FINANCIAL PROPERTIES, LP *(OWNER)*
    ☐ D.   BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*
    ☐ ~~E.   BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*~~
           **Removed (March 28th, 2008)**
    ☐ F.   BROOKFIELD PARTNERS, LP *(OWNER)*
    ☐ G.   WFP TOWER A CO. *(OWNER)*
    ☐ H.   WFP TOWER A CO. L.P. *(OWNER)*
    ☐ I   WFP TOWER A. CO. G.P. CORP. *(OWNER)*
    ☐ J.   TUCKER ANTHONY, INC. *(AGENT)*
    ☐ K.   BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT *(CONTRACTOR/AGENT)*

☐ (43-153) 225 LIBERTY STREET (TWO WORLD FINANCIAL CENTER)

☐A.  BATTERY PARK CITY AUTHORITY *(OWNER)*

☐B.  BROOKFIELD PROPERTIES CORPORATION *(OWNER)*

☐C.  BROOKFIELD PARTNERS, L.P. *(OWNER)*

☐D.  ~~BROOKFIELD PROPERTIES HOLDINGS INC. *(OWNER)*~~
**Removed (March 28th, 2008)**

☐E.  BROOKFIELD FINANCIAL PROPERTIES, L.P. *(OWNER)*

☐F.  BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*

☐G.  MERRILL LYNCH & CO, INC. *(OWNER)*

☐H.  WESTON SOLUTIONS, INC. *(AGENT/CONTRACTOR)*

☐I.  GPS ENVIRONMENTAL CONSULTANTS, INC.
*(AGENT/CONTRACTOR)*

☐J.  INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
*(AGENT/CONTRACTOR)*

☐K.  BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*

☐L.  STRUCTURE TONE, (UK) INC. *(CONTRACTOR)*

☐M.  STRUCTURE TONE GLOBAL SERVICES, INC
*(CONTRACTOR)*

☐N.  ENVIROTECH CLEAN AIR, INC. *(CONTRACTOR)*

☐O.  ALAN KASMAN DBA KASCO *(CONTRACTOR)*

☐P.  KASCO RESTORATION SERVICES CO. *(CONTRACTOR)*

☐Q.  NOMURA HOLDING AMERICA, INC. *(OWNER)*

☐R.  NOMURA SECURITIES INTERNATIONAL, INC. *(OWNER)*

☐S.  WFP TOWER B HOLDING CO., LP *(OWNER)*

☐T.  WFP TOWER B CO., G.P. CORP. *(OWNER)*

☐U.  WFP TOWER B CO. L.P. *(OWNER)*

☐V.  TOSCORP. INC. *(OWNER)*

☐W.  HILLMAN ENVIRONMENTAL GROUP, LLC.
*(AGENT/CONTRACTOR)*

☐X.  ANN TAYLOR STORES CORPORATION *(OWNER)*

☒ (43-154) 200 VESEY STREET (THREE WORLD FINANCIAL CENTER)

- ☒ A.   BFP TOWER C CO. LLC. *(OWNER)*
- ☒ B.   BFP TOWER C MM LLC. *(OWNER)*
- ☒ C.   WFP RETAIL CO. L.P. *(OWNER)*
- ☒ D.   WFP RETAIL CO. G.P. CORP. *(OWNER)*
- ☒ E.   AMERICAN EXPRESS COMPANY *(OWNER)*
- ☒ F.   AMERICAN EXPRESS BANK , LTD *(OWNER)*
- ☒ G.   AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. *(OWNER)*
- ☒ H.   LEHMAN BROTHERS, INC. *(OWNER)*
- ☒ I.   LEHMAN COMMERCIAL PAPER, INC. *(OWNER)*
- ☒ J.   LEHMAN BROTHERS HOLDINGS INC. *(OWNER)*
- ☒ K.   TRAMMELL CROW COMPANY *(AGENT)*
- ☐ L.   ~~BFP TOWER C CO. LLC *(OWNER)*~~ **Removed (March 28th, 2008)**
- ☒ M.   MCCLIER CORPORATION *(AGENT)*
- ☒ N.   TRAMMELL CROW CORPORATE SERVICES, INC. *(AGENT)*
- ☒ O.   BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a  BMS CAT *(AGENT/CONTRACTOR)*

☐ (43-155) 250 VESEY STREET (FOUR WORLD FINANCIAL CENTER)

- ☐ A.   BATTERY PARK CITY AUTHORITY *(OWNER)*
- ☐ B.   BROOKFIELD PROPERTIES CORPORATION *(OWNER)*
- ☐ C.   BROOKFIELD FINANCIAL PROPERTIES, LP. *(OWNER)*
- ☐ D.   BROOKFIELD FINANCIAL PROPERTIES, INC. *(OWNER)*
- ☐ E.   ~~BROOKFIELD PROPERTIES HOLDINGS, INC. *(OWNER)*~~ **Removed (March 28th, 2008)**
- ☐ F.   BROOKFIELD PARTNERS, LP *(OWNER)*
- ☐ G.   WFP TOWER D CO. L.P. *(OWNER)*
- ☐ H.   H.WFP TOWER D CO., G.P. CORP *(OWNER)*.
- ☐ I.   WFP TOWER D HOLDING I G.P. CORP. *(OWNER)*
- ☐ J.   WFP TOWER D HOLDING CO. I L.P. *(OWNER)*

☐K.   WFP TOWER D HOLDING CO. II L.P. *(OWNER)*

☐L.   MERRILL LYNCH & CO, INC. *(OWNER)*

☐M.   WESTON SOLUTIONS, INC. *(CONTRACTOR/AGENT)*

☐N.   GPS ENVIRONMENTAL CONSULTANTS, INC.
*(CONTRACTOR/AGENT)*

☐O.   INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
*(CONTRACTOR/AGENT)*

☐P.   BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a  BMS CAT *(CONTRACTOR/AGENT)*

☐Q.   STRUCTURE TONE, (UK) INC. *(CONTRACTOR/AGENT)*

☐R.   STRUCTURE TONE GLOBAL SERVICES, INC
*(CONTRACTOR/AGENT)*

☐S.   ENVIROTECH CLEAN AIR, INC. *(CONTRACTOR/AGENT)*

☐T.   ALAN KASMAN DBA KASCO *(CONTRACTOR/AGENT)*

☐U.   KASCO RESTORATION SERVICES CO.
*(CONTRACTOR/AGENT)*


☐ (43-156) ZEN RESTAURANT

☐    CITY OF NEW YORK *(OWNER)*


☐ OTHER: if an individual plaintiff is alleging injury sustained at a building/location other than as above, and/or if an individual plaintiff is alleging an injury sustained at a building/location above, but is alleging a claim against a particular defendant not listed for said building, plaintiff should check this box, and plaintiffs should follow the procedure as outlined in the CMO # 4 governing the filing of the Master Complaint and Check-off Complaints.


## V – VIII.

## CAUSES OF ACTION

☒ 44. Plaintiffs adopt those allegations as set forth in the Master Complaint Section V-VIII,   Causes of Action.

☒ 45. Plaintiff(s) seeks damages against the above named defendants based upon the

following theories of liability, and asserts each element necessary to establish such

a claim under the applicable substantive law:

       ☒ 45 A.   Breach of the defendants' duties and obligations
                     pursuant to the New York State Labor Law(s)
                     including § 200

       ☒ 45 B.   Breach of the defendants' duties and obligations
                     pursuant to the New York State Labor Law 241(6)

       ☒ 45 C.   Common Law Negligence

       ☒ 45 D.   Wrongful Death

       ☒ 45 E.   Loss of Services/Loss of Consortium for Derivative
                     Plaintiff

       ☐ 45 F.   Other: if an individual plaintiff is alleging an additional
                     cause of action or additional substantive law or theory of
                     law upon which his/or claim is based, other than as
                     appears in this section, plaintiff should check this box,
                     and plaintiffs should follow the procedure as outlined in
                     the CMO # 4 governing the filing of the Master
                     Complaint and Check-off Complaints.

☐ 46. As to the following municipal entities or public authorities, or other entity for

which for which a Notice of Claim is a requirement,  a Notice of Claim pursuant

to the applicable statutes as referenced within the Master Complaint, has been

timely served on the following dates.

| | Name of Municipal Entity or Public Authority | Date Notice of Claim Served |
|---|---|---|
| ☐ 46. a | | |
| ☐ 46. b. | | |

| | | |
|---|---|---|
| ☐ 46. c. | | |
| ☐ 46. d. | | |
| ☐ 46. e. | | |
| ☐ 46. f. | | |
| ☐ 46. g. | | |
| ☐ 46. h. | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

☐ 47. As to certain municipal entities or public authorities, if specified as defendants

herein, with reference to the service of a Notice of Claim, an application has been

made to the _Supreme Court, County of New York_ (*insert name of Court*), as

to _____(*insert name of municipal entity or public authority or

other entity*):

        ☐ 47A. to deem Plaintiff's (Plaintiffs') Notice of Claim

        timely filed, or in the alternative to grant

        Plaintiff(s) leave to file a late Notice of Claim

        *Nunc Pro Tunc*, and for

        _____ (insert if

        additional relief was requested) and:

        ☐ 47B. a determination is pending

☐ 47C. an Order granting the petition was made

on: _____ (insert date)

☐ 47D. an Order denying the petition was made

on:_____ (insert date)

*Instructions:* *If an application has been made to the Court with reference to additional*

*municipal entities or public authorities, list them in sub-paragraph format.*

*[i.e.,* ☐ *47-1* _____ (insert name of municipal entity or*

*public authority or other entity)*

☐ *47-1A. to deem Plaintiff's (Plaintiffs') Notice*

*of Claim timely filed, or in the alternative to grant*

*Plaintiff(s) leave to file a late Notice of Claim Nunc*

*Pro Tunc, and for* _____

*(insert if additional relief was requested) and:*

☐ *47-1B. a determination is pending*

☐ *47-1C. an Order granting the petition was*

*made*

☐ *47-1D. an Order denying the petition was made*

*on:_____ (insert date)]*

☒ 48.As a direct and proximate result of defendant's culpable actions in the clean-up,

construction, demolition, excavation, and/or repair operations and all work

performed at the premises, the Injured Plaintiff sustained the following injuries

including, but not limited to:

*Abdominal*

☐ 48-1    Abdominal Pain _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

48

*Cancer*

☐ 48-2    Fear of Cancer
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-3    Tumor (of the_____)
Date of onset: _____
Date physician first connected this injury to WTC work:  _____

☐ 48-4    Leukemia
Date of onset: _____
Date physician first connected this injury to WTC work:  _____

☒ 48-5    Lung Cancer (metastatic non-small cell including lung cancer)
Date of onset: 10/11/05
Date physician first connected this injury to WTC work: 10/26/05

☐ 48-6    Lymphoma
Date of onset: _____
Date physician first connected this injury to WTC work:  _____


*Circulatory*

☐ 48-7    Hypertension
Date of onset: _____
Date physician first connected this injury to WTC work:  _____

*Death*

☒ 48-8    Death:
Date of death: 07/06/06
If autopsy performed, date _____

*Digestive*

☐ 48-9    Gastric Reflux
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-10   Indigestion
Date of onset: _____
Date physician first connected this injury to WTC work: _____

Nausea
☐ 48-11   Date of onset: _____
Date physician first connected this injury to WTC work:  _____

49

*Pulmonary*

☐48-12    Asthma
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-13    Chronic Obstructive Lung Disease
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-14    Chronic Restrictive Lung Disease
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-15    Chronic Bronchitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-16    Chronic Cough
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-17    Pulmonary Fibrosis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☒48-18    Pulmonary Nodules
Date of onset: 8/22/05
Date physician first connected this injury to WTC work: _____

☐48-19    Sarcoidosis
Date of onset: _____
Date physician first connect this injury to WTC work

☐48-20    Shortness of Breath
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐48-21    Sinusitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

### *Skin Disorders, Conditions or Disease*

☐48-22    Burns
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-23    Dermatitis
Date of onset: _____
Date physician first connected this injury to WTC work: _____

*Sleep Disorder*

☐ 48-24    Insomnia
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-25    Other: <u>Reactive Airway Dysfunction Syndrome</u>
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-26    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-27    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-28    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ 48-29    Other: _____
Date of onset: _____
Date physician first connected this injury to WTC work: _____

☐ If additional injuries are alleged, check here and attach Rider continuing with the same format for sub-paragraphs

☒ 49. As a direct and proximate result of the injuries identified above the Injured Plaintiff

has in the past suffered and/or will and/or may, subject to further medical evaluation

and opinion, in the future, suffer the following compensable damages:

☒ 49 A. Pain and suffering

☒ 49 B. Death

☒ 49 C. Loss of the pleasures of life

☒ 49 D. Loss of earnings and/or impairment of earning capacity

☒ 49 E. Loss of retirement benefits/diminution of retirement benefits

☒ 49 F. Expenses for medical care, treatment, and rehabilitation

☒ 49 G. Mental anguish

☒ 49 H. Disabilities

☒ 49 I. Medical monitoring

☐ 49 J. OTHER _____

☐ 49 K. OTHER _____

☐ 49 L. OTHER _____

☐ 49 M. OTHER _____

☐ 49 N. OTHER _____

☐ 49 O. OTHER _____

☐ 49 P. OTHER _____

☐ 49 Q. OTHER _____

☐ 49 R. OTHER _____

☐ 49 S. OTHER _____

☒ 50.  As a direct and proximate result of the injuries described *supra*, the Derivative

plaintiff(s), have in the past suffered and/or will in the future suffer a loss of the

love, society, companionship, services, affection, and support of the plaintiff

and such other losses, injuries and damages for which compensation is legally

appropriate, and or as is otherwise alleged.

# IX.

## **PRAYER FOR RELIEF**

☒ 51. Plaintiffs adopt those allegations as set forth in the Master Complaint Section IX., Prayer for Relief.

☐ 52. OTHER RELIEF: If plaintiff is asserting relief (other than monetary) other than as indicated above, check here and insert Relief sought: _____

If plaintiff is asserting monetary relief in amounts different than as alleged within the Master Complaint, Check this box ☐ and fill in the WHEREFORE clause below:

WHEREFORE, the above-named Plaintiff demands judgment against the above-named Defendants in the amount of _____ DOLLARS ($_____), on the First Cause of Action; and in the amount of _____ DOLLARS ($_____) on the Second Cause of Action; and in the amount of _____ DOLLARS ($_____) on the Third Cause of Action; and Derivative Plaintiff demands judgment against the above named Defendants in the amount of _____ DOLLARS ($_____) on the Fourth Cause of Action; and Representative Plaintiff demands judgment against the above named Defendants in the amount of _____ ($_____) on the Fifth Cause of Action, and as to all Demands for Relief, and or as determined by a Jury or this Court, jointly and severally, for general damages, special damages, and for his/her attorneys' fees and costs expended herein and in a non-specified amount to be determined by a Jury or this Court for punitive and exemplary damages, and for prejudgment interest where allowable by law and post judgment interest on the judgment at the rate allowed by law; and Plaintiff seeks such other relief as is just and equitable.

53

## X.

### JURY TRIAL DEMAND

☒  53. Plaintiffs adopt those allegations as set forth in the Master Complaint Section X, Jury Trial Demand.

If Riders are annexed check the applicable BOX indicating the paragraphs for which

Riders are annexed.

☐   Paragraph 31

☐   Paragraph 44

☐   Paragraph 48

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in

his/her/their favor and against defendant(s) for damages, costs of suit and such other,

further and different relief as may be just and appropriate.

Dated: New York, New York
          June 11, 2008

Yours, etc.

GREGORY L. CANNATA & ASSOCIATES

By:_____
Robert Grochow, Esq. (1890)
Attorneys for Plaintiffs
233 Broadway, 5th Floor
Tel: (212) 233-5400
Fax: (212) 227-4141
Email: RGrochow@aol.com

UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN KATZ, individually and as Administratrix/Executor
of the estate of HAL KATZ, deceased,

Plaintiff,

- against -

AMERICAN EXPRESS BANK , LTD;
AMERICAN EXPRESS COMPANY;
AMERICAN EXPRESS TRAVEL RELATED SERVICES;
Et. Al.,

Defendants.

**FIRST AMENDED COMPLAINT BY ADOPTION (CHECK-OFF COMPLAINT)
RELATED TO THE FIRST AMENDED MASTER COMPLAINT (March 28th, 2008)**

The Law Firm of Gregory J. Cannata
**Attorneys for Plaintiffs**
233 Broadway, 5th  Floor
New York, New York  10279-0003
(212) 553-9205

Service of copy of the within                    is hereby admitted.
Dated:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**Attorneys for**

The Law Firm of Gregory J. Cannata
**Attorneys for Plaintiffs**
233 Broadway, 5th  Floor
New York, New York  10279-0003
(212) 553-9205
